**IN THE UNITED STATED DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**MARSHALL DIVISION**

| | | |
|---|---|---|
| TEXAS PATENT IMAGING, LLC | § § | |
| Plaintiff, | § § | Case No: 2:16-cv-00358-JRG |
| vs. | § § | LEAD CASE |
| LEICA CAMERA, INC. et al | § § | |
| Defendant. | § § | |
| TEXAS PATENT IMAGING, LLC | § § | |
| Plaintiff, | § § | Case No: 2:16-cv-00359-JRG |
| vs. | § § | CONSOLIDATED CASE |
| NIKON, INC. | § § | |
| Defendant. | § § | |

## ORDER OF DISMISSAL WITHOUT PREJUDICE

On this date, the Court considered Plaintiff Texas Patent Imaging, LLC's motion to dismiss without prejudice Defendant Nikon, Inc. pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii).

Therefore, IT IS ORDERED that Plaintiff's claims against Defendant are dismissed without prejudice.

SO ORDERED

Jul 18, 2016

_____
ROY S. PAYNE
UNITED STATES MAGISTRATE JUDGE